William M. Zimmerman, State Bar No. 126531
Lori S. DeCristo, State Bar No. 136756
**PISEGNA & ZIMMERMAN LLC**
5170 North Sepulveda Boulevard
Suite 230
Sherman Oaks, California 91403
Telephone (818) 377-2200

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAITLAN M. GRINDEY, | CASE NO.: 2:20-cv-10250-RHK-JEM |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERD that EAJA fees are awarded in the amount of FIVE THOUSAND DOLLARS ($5,000.00)

DATED: July 26, 2021

_____
HON. JOHN E. McDERMOTT
U.S. MAGISTRATE JUDGE

-1-